# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# BIRMINGHAM DIVISION

MASHIACH C. LASSITER,
Plaintiff,

v.

ALABAMA ADMINISTRATIVE OFFICE OF COURTS (AOC);
CLERK OF COURT, NORTHERN DISTRICT OF ALABAMA, in Official Capacity;
ADA COORDINATOR, NORTHERN DISTRICT OF ALABAMA, in Official Capacity;
UNKNOWN SUPERVISORS 1–10, in Individual Capacities,
Defendants.

Case No.: _____

---

# COMPLAINT

(ADA Title II; Rehabilitation Act; 42 U.S.C. § 1983 – Denial of Access to Courts / Due Process)
WITH ATTACHED EMERGENCY MOTION FOR TRO & PRELIMINARY INJUNCTION
(EXHIBIT A)

Plaintiff **Mashiach C. Lassiter**, pro se, brings this civil rights and disability-access action against Defendants for systemic denial of ADA-required accommodations, obstruction of access to the courts, and constitutional violations that directly resulted in the dismissal of multiple federal cases filed in the Northern District of Alabama.

---

# I. INTRODUCTION

This action arises from a sustained pattern in which Defendants refused to provide Plaintiff—an individual with disabilities—with **ADA-required alternative filing accommodations**, despite repeated requests. As a direct result, Plaintiff was unable to file motions, respond to orders, or participate meaningfully in litigation. These violations led to dismissals under Fed. R. Civ. P. 41(b) in at least six (6) federal lawsuits.

Under *Tennessee v. Lane* (2004) and *United States v. Georgia* (2006), courts and court personnel are **not immune** from ADA Title II claims, and may be held responsible for damages, injunctive relief, and constitutional violations.

Plaintiff simultaneously files an **Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Exhibit A)** requiring Defendants to immediately provide ADA-compliant filing, communication, and access procedures.

# II. JURISDICTION AND VENUE

1. This action arises under federal law, including:
   - Americans with Disabilities Act, Title II (42 U.S.C. § 12132);
   - Rehabilitation Act (29 U.S.C. § 794);
   - 42 U.S.C. § 1983 (constitutional violations & access to courts).
2. Jurisdiction is proper under 28 U.S.C. §§ 1331, 1343, and 1367.
3. Venue is proper under 28 U.S.C. § 1391(b)(2) because all events occurred within the Northern District of Alabama.

# III. PARTIES

**Plaintiff**

**MASHIACH C. LASSITER**
A qualified individual with a disability under ADA Title II and the Rehabilitation Act.

**Defendants**

1. **Alabama Administrative Office of Courts (AOC)** – a public entity subject to Title II.
2. **Clerk of Court, Northern District of Alabama** – official capacity.
3. **ADA Coordinator, Northern District of Alabama** – official capacity.
4. **Unknown Clerks 1–10** – personal capacity for obstructing filings.
5. **Unknown Supervisors 1–10** – personal capacity for directing or permitting violations.

# IV. FACTUAL ALLEGATIONS

1. Plaintiff requires ADA accommodations to access court filing systems and communications.

2. Plaintiff repeatedly notified Defendants of disability and requested reasonable modifications.
3. The ADA mandates courts to provide alternate filing methods when electronic systems are inaccessible (**28 C.F.R. §§ 35.130 & 35.160; Fed. R. Civ. P. 5(d)(3)(B)**).
4. Defendants refused to provide any such accommodations.
5. As a direct result, Plaintiff's filings were blocked, ignored, lost, or refused.
6. Multiple federal cases were harmed or dismissed:
   - **2:25-cv-01636-ACA** – Lassiter v. Coy et al.
   - **2:25-cv-01638-ACA** – Lassiter v. Kirkus Media LLC
   - **2:25-cv-01454-AMM** – Lassiter v. Zendesk Inc.
   - **2:25-cv-01465-NAD** – Lassiter v. Moving Masters, Inc.
   - **2:25-cv-00700-MHH** – Lassiter v. Portugal Federal Police et al.
   - **2:25-cv-01651-NAD** – Lassiter v. Alexander Shunnarah Injury Lawyers
7. Several cases were dismissed under Rule 41(b), not because Plaintiff failed to prosecute, but because **Defendants denied the ability to prosecute.**
8. These dismissals constitute ADA violations and constitutional violations under the Due Process Clause and the right of access to courts.
9. Defendants continue to deny accommodations today.
10. Plaintiff faces ongoing irreparable harm without immediate injunctive relief.

# V. CLAIMS FOR RELIEF

## COUNT I – Title II ADA (42 U.S.C. § 12132)

Defendants denied Plaintiff equal access to court services, programs, and activities by refusing accommodations and maintaining inaccessible filing procedures.

## COUNT II – Rehabilitation Act (29 U.S.C. § 794)

Defendants receive federal financial assistance and discriminated on the basis of disability.

## COUNT III – 42 U.S.C. § 1983 – Denial of Access to Courts

Defendants obstructed Plaintiff's ability to file documents, respond to orders, and litigate cases.

## COUNT IV – 42 U.S.C. § 1983 – Procedural Due Process

Defendants deprived Plaintiff of fundamental access rights through intentional or reckless non-accommodation.

## COUNT V – 42 U.S.C. § 1983 – Equal Protection

Disabled litigants were treated worse than nondisabled litigants, violating the 14th Amendment.

## VI. DAMAGES

Plaintiff seeks:

- Compensatory damages
- Emotional distress damages
- Punitive damages (against individuals)
- Litigation expenses under §1988
- Costs associated with dismissed cases
- Any relief permitted by ADA Title II and §1983

## VII. RELIEF REQUESTED

Plaintiff requests the Court to:

1. Award damages as listed above.
2. Declare Defendants in violation of ADA Title II, §504, and §1983.
3. Enjoin Defendants from further ADA violations.
4. Order the Court and AOC to adopt ADA-compliant filing procedures.
5. Reinstate accessibility to all active and future filings.
6. **Immediately grant the Emergency TRO/Preliminary Injunction in Exhibit A.**
7. Grant any additional relief deemed just and proper.

## VIII. JURY DEMAND

Plaintiff demands trial by jury on all issues triable by jury.

## Respectfully submitted,

*Mashiach C. Lassiter*

**Mashiach C. Lassiter**
Plaintiff, Pro Se

```
U.S. POSTAGE PAID
FCM LG ENV
FULTONDALE, AL 35068
DEC 15, 2025
$3.28
R2305E126227-03
35203
Retail
RDC 99
```

Mr. Meshiah C. Lassiter
1225 mountain lane
Gardendale, AL 35071

SECURITY
DEC 19 2025
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

U.S. District Court of Northern District Alabama
Hugo L. Black US Courthouse
Rm 209 5th Ave North
Bhmn, AL 35203